United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01664-MJC
Tracy Kase Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 02, 2026 Form ID: 3180W Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tracy Kase, 699 4th St, Eynon, PA 18403-1415 |
| 5427235 | | ARS National Service, PO Box 469046, Escondido, CA 92046-9046 |
| 5427238 | + | Better Business Bureau, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5427258 | | Gregg Lawrence Morris, Esq, 501 Corporate Drive Southpointe Ctr, Ste 205, Canonsburg, PA 15317 |
| 5427259 | | Gregory J Babcock, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5427230 | | Kase Tracy, 699 4th St, Eynon, PA 18403-1415 |
| 5434706 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5427266 | | Michael Anthony Carrucoli, Esq, 6 Kacey Ct Ste 203, Mechanicsburg, PA 17055-9237 |
| 5427270 | | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |
| 5427272 | | Patenaude & Felix, A.P.C, 501 Corporate Drive Southpointe Ctr, Ste 205, Canonsburg, PA 15317 |
| 5427231 | | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Sep 02 2026 18:54:00 | Cavalry SPV I,LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| cr | + | EDI: PRA.COM | Sep 02 2026 22:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427236 | ^ | MEBN | Sep 02 2026 18:51:50 | ARS National Service, PO Box 469100, Escondido, CA 92046-9100 |
| 5427232 | ^ | MEBN | Sep 02 2026 18:51:50 | Allied Interstate, PO Box 1954, Southgate, MI 48195-0954 |
| 5427233 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 18:58:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5433002 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 18:58:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5427234 | ^ | MEBN | Sep 02 2026 18:51:49 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5427237 | | EDI: BANKAMER | Sep 02 2026 22:51:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5431827 | + | EDI: BANKAMER2 | Sep 02 2026 22:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5427249 | | Email/Text: correspondence@credit-control.com | Sep 02 2026 18:54:00 | Credit Control, PO Box 31179, Tampa, FL 33631 |

| | | | | |
|---|---|---|---|---|
| 5427250 | | Email/Text: correspondence@credit-control.com | Sep 02 2026 18:54:00 | Credit Control, PO Box 546, Hazelwood, MO 63042 |
| 5427251 | | Email/Text: correspondence@credit-control.com | Sep 02 2026 18:54:00 | Credit Control LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 5427241 | | Email/Text: bankruptcy@cavps.com | Sep 02 2026 18:54:00 | Calvary Portfolio Svcs, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5427242 | | Email/Text: cms-bk@cms-collect.com | Sep 02 2026 18:54:00 | Capital Management Services, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 5427243 | | Email/Text: cms-bk@cms-collect.com | Sep 02 2026 18:54:00 | Capital Management, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5427244 | | EDI: CAPITALONE.COM | Sep 02 2026 22:51:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5427245 | | EDI: CAPITALONE.COM | Sep 02 2026 22:51:00 | Capital One, N.A./Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5427246 | | Email/Text: bankruptcy@cavps.com | Sep 02 2026 18:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Valhalla, NY 10595-1340 |
| 5427701 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2026 18:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5427247 | | EDI: CITICORP | Sep 02 2026 22:51:00 | Citi Bank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5427248 | | EDI: CITICORP | Sep 02 2026 22:51:00 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5427264 | | EDI: CITICORP | Sep 02 2026 22:51:00 | Macy's DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 5430994 | | EDI: Q3G.COM | Sep 02 2026 22:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5427252 | + | Email/Text: egssupportservices@alorica.com | Sep 02 2026 18:54:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4402 |
| 5427254 | + | Email/Text: crdept@na.firstsource.com | Sep 02 2026 18:54:00 | Firstsource Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5427255 | | Email/Text: crdept@na.firstsource.com | Sep 02 2026 18:54:00 | Firstsource Advantage, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 5427256 | | Email/Text: Banko@frontlineas.com | Sep 02 2026 18:54:00 | Frontline Asset Strategies, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 5427257 | | Email/Text: clientservices@glassmountaincapital.com | Sep 02 2026 18:54:00 | Glass Mountain Capital LLC, 1375 E Woodfield Rd Ste 400, Schaumburg, IL 60173-5426 |
| 5427260 | | Email/Text: reports@halstedfinancial.com | Sep 02 2026 18:54:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5427261 | | EDI: SYNC | Sep 02 2026 22:51:00 | JC Penney's, PO Box 960090, Orlando, FL 32896-0090 |
| 5694709 | | EDI: JEFFERSONCAP.COM | Sep 02 2026 22:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5694710 | | EDI: JEFFERSONCAP.COM | Sep 02 2026 22:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5434706 | ^ | MEBN | Sep 02 2026 18:51:49 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5427263 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:41 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |

| | | | | |
|---|---|---|---|---|
| 5428372 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5427262 | + | EDI: LENDNGCLUB | Sep 02 2026 22:51:00 | Lending Club Corp, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 5427268 | | Email/Text: compliance@monarchrm.com | Sep 02 2026 18:54:00 | Monarch Recovery Management, Inc., 3260 Tillman Dr Ste 75, Bensalem, PA 19020-2059 |
| 5427265 | + | Email/Text: bankruptcy@mermed.com | Sep 02 2026 18:54:00 | Merchants & Medical Credit Corporation, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 5427267 | ^ | MEBN | Sep 02 2026 18:51:52 | Michael F. Ratchford, 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5427269 | ^ | MEBN | Sep 02 2026 18:51:46 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 5427271 | | Email/Text: bankruptcydepartment@tsico.com | Sep 02 2026 18:54:00 | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 5429768 | | Email/Text: inveniobkt@phillips-cohen.com | Sep 02 2026 18:54:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 5427273 | | Email/Text: inveniobkt@phillips-cohen.com | Sep 02 2026 18:54:00 | PCA Acquisitions V, LLC, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5427274 | | Email/Text: inveniobkt@phillips-cohen.com | Sep 02 2026 18:54:00 | Portfolio Asset Group, 1002 Justison Street, Wilmington, DE 19801 |
| 5427275 | | EDI: PRA.COM | Sep 02 2026 22:51:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5427276 | | EDI: PRA.COM | Sep 02 2026 22:51:00 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5435402 | | EDI: PRA.COM | Sep 02 2026 22:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5427278 | | EDI: SYNC | Sep 02 2026 22:51:00 | QVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 5427279 | | Email/Text: ngisupport@radiusgs.com | Sep 02 2026 18:54:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 5427280 | | Email/Text: ngisupport@radiusgs.com | Sep 02 2026 18:54:00 | Radius Global Solutions LLC, 500 N Franklin Tpke Ste 200, Ramsey, NJ 07446-1178 |
| 5427281 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:41 | Resurgent Capital Services, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5427282 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:41 | Resurgent/LVNF, PO Box 1269, Greenville, SC 29602-1269 |
| 5427286 | | EDI: SYNC | Sep 02 2026 22:51:00 | SYNCB Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5427283 | | EDI: SYNC | Sep 02 2026 22:51:00 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 5427284 | | Email/Text: courts@scott-pc.com | Sep 02 2026 18:54:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 5427285 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:46 | Sherman Originator III, c/o Resurgent Capital PO Box 10497, Greenville, SC 29603-0497 |
| 5427288 | | EDI: SYNC | Sep 02 2026 22:51:00 | Synchrony Bank, 4500 Munson St NW, Canton, OH 44718-3607 |
| 5427287 | | EDI: SYNC | Sep 02 2026 22:51:00 | Synchrony Bank, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 5427619 | + | EDI: AIS.COM | Sep 02 2026 22:51:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 5427289 | | EDI: SYNC | Sep 02 2026 22:51:00 | Synchrony Bank/JCPenney, 200 Crossing Blvd Ste 101, Bridgewater, NJ 08807-2876 |
| 5432593 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 02 2026 18:54:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5427290 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 02 2026 18:54:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 5427291 | ^ | MEBN | Sep 02 2026 18:51:40 | Velocity Investments, LLC, PO Box 788, Wall, NJ 07719-0788 |
| 5427292 | | EDI: VERIZONCOMB.COM | Sep 02 2026 22:51:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 5427293 | | Email/Text: edinkel@vikingservice.com | Sep 02 2026 18:54:00 | Viking Client Services, LLC, PO Box 59207, Minneapolis, MN 55459-0207 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5427239 | * | Better Business Bureau, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5427277 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5438762 | *+ | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5427240 | ##+ | Burton Neil & Associates, P.C., 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 5427253 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Tracy Kase usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tracy Kase<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5239<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:21–bk–01664–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracy Kase

9/2/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**